UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLINTON SORDELET AND BURNEL THOMPSON**<br><br>**VERSUS**<br><br>**DIRECT TV, ET AL** | **CIVIL ACTION**<br><br>**NO. 22-1027-JWD-SDJ** |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 31, 2025 (Doc. 12), to which no opposition was filed, and additionally for Plaintiffs' failure to provide up-to-date contact information per Local Civil Rules 11(a)(4) and 11(a)(5);

**IT IS ORDERED** that Plaintiffs' cause of action is DISMISSED without prejudice for failure to serve.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on May 13, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**